**DISMISS and Opinion Filed April 8, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00420-CV**

**THE ESTATE OF MAYBELLENE ANDERSON, DECEASED**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-01315-2**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Nowell
Opinion by Justice Schenck

Before the Court is appellants' motion asking that we withdraw their notices of appeal. Appellants inform the Court that they no longer desire to pursue this appeal. We construe the motion as a motion to dismiss the appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

190420F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE ESTATE OF MAYBELLENE
ANDERSON, DECEASED

No. 05-19-00420-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No.
PR-16-01315-2.
Opinion delivered by Justice Schenck.
Justices Molberg and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee U.S. Bank National Association as Legal
Title Trustee for Truman 2016 SC6 Title Trust recover its costs of this appeal from
appellants Jackquelyn Strickland, Erika Johnson, and Carlester Harper.

Judgment entered this 8th day of April, 2020.